UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG EDMONDS, | No. 2:25-cv-03721-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| MUTUAL HOUSING, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 12, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 11.)  No objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 12, 2026 (ECF No. 11), are ADOPTED IN FULL;

2. Plaintiff's motion for injunctive relief (ECF No. 9) is DENIED; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial matters.

IT IS SO ORDERED.

Date: April 13, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE